Thomas E. Willoughby Jr.
**HILL RIVKINS & HAYDEN LLP**
Attorneys for Plaintiff

45 Broadway – Suite 1500
New York, New York  10006
(212) 669-0600

*UNITED STATES DISTRICT COURT*
*SOUTHERN DISTRICT OF NEW YORK*

-------------------------------------------------------X

| | |
|---|---|
| HC TRADING MALTA LTD. | : **Index No.:** |
| | : 08 CV 11236  ( ) |
| Plaintiff, | : |
| | : |
| | : |
| | **RULE 7.1 STATEMENT** |
| - Against- | : |
| | : |
| | : |
| TRANSCLEAR SA and INVERSIONES MARIAN SA | : |
| | : |
| | : |
| Defendants | : |

-------------------------------------------------------X

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for plaintiff HC TRADING MALTA LTD. certify that the following are corporate parents, affiliates and/or subsidiaries which are publicly held.

**SEE ATTACHED.**

1

December 23, 2008                               _____
                                                Thomas E. Willoughby, Jr.

# HeidelbergCement AG - Corporate Hierarchy

Select All   Deselect All   Download

- **P** HeidelbergCement AG (Heidelberg, Germany)
  - S HeidelbergCement Baustoffe fur Geotechnik GmbH & Co. KG (Ennigerloh, Germany)
  - S HeidelbergCement Technology Center GmbH (Leimen, Germany)
  - S Heidelberger Beton GmbH (Heidelberg, Germany)
  - S Heidelberger Kalksandstein GmbH (Durmersheim, Germany)
    - S Baustoffwerke Dresden GmbH & Co. KG (Dresden, Germany)
  - S Walhalla Kalk GmbH & Co. KG (Regensburg, Germany)
  - S Heidelberg Cement, Inc. (Allentown, PA)
    - S Lehigh Cement Company (Allentown, PA)
      - D Lehigh Southwest Cement Company (Concord, CA)
        - S Standard Concrete Products, Inc. (Santa Ana, CA)
      - S Cadman, Inc. (Redmond, WA)
      - S Campbell Concrete & Materials, L.P. (Cleveland, TX)
      - S Continental Florida Materials, Inc. (Fort Lauderdale, FL)
      - S Lehigh Cement Co. (Sparta, NJ)
      - J Texas Lehigh Cement Company LP (Buda, TX)
      - S Lehigh Inland Cement Ltd. (Edmonton, Canada)
      - S Lehigh Northwest Cement Ltd (Delta, Canada)
  - S Lehigh Northeast Cement Co. (Glens Falls, NY)
  - G Hanson Limited (Chipping Sodbury, United Kingdom)
    - S Hanson Building Products Ltd. (Bedford, United Kingdom)
    - S Hanson Quarry Products Europe Ltd. (Chipping Sodbury, United Kingdom)
      - D Hanson Aggregates UK (Reading, United Kingdom)
        - U Hanson Aggregates UK - South West (Chipping Sodbury, United Kingdom)
    - J Midland Quarry Products Ltd. (Whitwick, United Kingdom)
    - S Hanson Aggregates North America (Irving, TX)
      - S Material Service Corp. (Chicago, IL)
      - U Hanson Concrete Products (Dallas, TX)
      - U Hanson Concrete Products (Richmond, VA)
    - S Hanson Building Products North America (Irving, TX)
      - S Hanson Brick & Tile (Charlotte, NC)
        - S Athens Brick Co. (Athens, TX)
        - S Hanson Brick (Columbia, SC)
      - S Hanson Paver Products, Inc. (Pompano Beach, FL)
      - S Hanson Pipe & Precast, Inc. (Irving, TX)

- X Hanson Pipe & Precast-Northeast (Columbus, OH)
  - S Carolina Precast Concrete Inc. (Dunn, NC)
- X Hanson Pipe & Precast-South Central (Grand Prairie, TX)
- X Hanson Pipe & Precast-Southeast (Green Cove Springs, FL)
- X Hanson Pipe & Precast-West (Portland, OR)
- B Hanson Building Products North America (Streetsville, Canada)
- S Hanson Aggregates Belgium n.v. (Zeebrugge, Belgium)
- S Hanson Australia (Holdings) Pty. Limited (Sydney, Australia)
  - D. Hanson Construction Materials Pty Ltd. (Bunbury, Australia)
  - S Hymix Australia Pty. Ltd. (Southport, Australia)
  - J Metromix Pty. Ltd. (Parramatta, Australia)
  - J Pioneer Road Services Pty. Ltd. (Melbourne, Australia)
- S Hanson Beton Nederland B.V. (Maarssen, Netherlands)
- S Hanson Building Materials (Singapore) Pte. Ltd. (Singapore, Singapore)
  - S Hanson Quarry Products Sdn. Bhd. (Subang Jaya, Malaysia)
- S Hanson Germany Gmbh & Co. KG (Gospiteroda, Germany)
- S Hanson Hispania S.A. (Madrid, Spain)
- S Hanson (Israel) Ltd. (Ramat Gan, Israel)
- S Quarzsande GmbH (Eferding, Austria)
- J Alliance Construction Materials Ltd. (Kowloon, China (Hong Kong))
- G HeidelbergCement Northern Europe AB (Malmo, Sweden)
  - S AB Svensk Leca (Linkoping, Sweden)
  - S Betongindustri AB (Stockholm, Sweden)
  - S Cementa AB (Malmo) (Malmo, Sweden)
  - S Cementa AB (Stockholm) (Stockholm, Sweden)
    - S Lohja Rudus Oy Ab (Helsinki, Finland)
  - S Cementa Research AB (Slite, Sweden)
  - S Euroc Beton AB (Vaxjo, Sweden)
    - S Abetong AB (Falkenberg, Sweden)
      - S Abetong Teknik AB (Vaxjo, Sweden)
        - S Perstrup Beton Industri A/S (Kolind, Denmark)
      - S Meag Va-System AB (Vanersborg, Sweden)
    - S Euroc Recycling AB (Danderyd, Sweden)
    - S Euroc Trade AB (Malmo, Sweden)
      - S AB Iwan Paulson (Hoganas, Sweden)
      - S Gyproc Oy (Virkkala, Finland)
    - Alrashid-Abetong Co. Ltd. (Riyadh, Saudi Arabia)
    - Mastrak Sdn Bhd (Kuala Lumpur, Malaysia)

- RECI Industri AB (Orebro, Sweden)
  - Societe des Ciments du Congo S.A. (Brazzaville, Congo, Republic of)
- Sand & Grus AB Jehander (Stockholm, Sweden)
  - CX-Grus (Alvkarleby, Sweden)
  - Norrkopings Sand AB (Norrkoping, Sweden)
  - Sand & Grus Jehander (Kallered, Sweden)
- Gyproc AB (Balsta, Sweden)
- ExClay Suomi Oy (Helsinki, Finland)
- Fibo ExClay Eesti AS (Parnu, Estonia)
- Mixit A/S (Oslo, Norway)
- NorBetong a.s. (Oslo, Norway)
- NorStone a.s. (Sandnes, Norway)
- Scancem International ANS (Oslo, Norway)
  - Cimbenin S.A. (Cotonou, Benin)
  - Ciments du Togo, S.A. (Lome, Togo)
  - Ghacem Ltd. (Accra, Ghana)
    - Caribbean Cement Co., Ltd. (Kingston, Jamaica)
  - Sierra Leone Cement Corp. Ltd. (Freetown, Sierra Leone)
  - Tanzania Portland Cement Company Ltd. (Dar es Salaam, Tanzania)
  - Nova Cimangola S.a.r.l. (Luanda, Angola)
- A/S Scancem Chemicals (Lorenskog, Norway)
- Castle Cement Limited (Birmingham, United Kingdom)
  - Castle Cement Ltd. - Avonmouth Marine Terminal (Avonmouth, United Kingdom)
  - Castle Cement Ltd. - Ketton Works (Stamford, United Kingdom)
  - Castle Cement Ltd. - Padeswood Works (Mold, United Kingdom)
  - Castle Cement Ltd. - Ribblesdale Works (Clitheroe, United Kingdom)
- Ceskomoravsky Cement, A.S. (Beroun, Czech Republic)
- Cimenteries CBR S.A. (Brussels, Belgium)
  - Gralex S.A. (Brussels, Belgium)
  - Inter-Beton S.A. (Brussels, Belgium)
    - Inter-Beton GmbH (Neuss, Germany)
  - CBR Hong Kong (Hong Kong, China (Hong Kong))
  - Cementownia Strzelce Opolskie S.A. (Opole, Poland)
  - ENCI Holding N.V. ('s-Hertogenbosch, Netherlands)
    - ENCI-Maasbricht B.V. (Maastricht, Netherlands)
    - Mebin B.V. ('s-Hertogenbosch, Netherlands)
  - **HC Trading B.V. (Maslak, Turkey)**
  - Limay Grinding Mill Corporation Co. Ltd. (Makati, Philippines)

- S ☐ Sterkovny a piskovny Brno A.S. (Brno, Czech Republic)
- ☐ Akcansa Cimento Sanayi ve Ticaret A.S. (Istanbul, Turkey)
- ☐ China Century Cement Ltd. (Guangzhou, China)
- S ☐ De Boo Beheer B.V. (Delft, Netherlands)
- S ☐ Duna-Drava Cement Kft. (Vac, Hungary)
- S ☐ Erste Salzburger Gipswerks-Gesellschaft Christian Moldan KG (Kuchl, Austria)
- S ☐ Gorazdze Cement S.A. (Opole, Poland)
  - S ☐ Gorazdze Beton Sp. z o.o. (Opole, Poland)
  - S ☐ Gorazdze Kruszywa (Opole, Poland)
- S ☐ Kalkzandsteenfabriek Hoogdonk B.V. (Liessel, Netherlands)
- S ☐ Kalkzandsteenfabriek Rijsbergen B.V. (Huizen, Netherlands)
- S ☐ Marmoran AG (Volketswil, Switzerland)
- S ☐ Norcem a.s. (Oslo, Norway)
- S ☐ N.V. Silicaatsteen (Gent, Belgium)
- S ☐ Solvent Resource Management Ltd. (Knottingley, United Kingdom)
- S ☐ Soplacas Lda. (Parede, Portugal)
- S ☐ Steenfabriek Boudewijn B.V. (Ossendrecht, Netherlands)

Legend: **P** Parent  **S** Subsidiary  **A** Affiliate  **B** Branch  **D** Division  **G** Group  **J** Joint Venture  **X** Other  **U** Unit